Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 6:05-mj-174-MJS |
| Plaintiff, | ) ) | MOTION TO DISMISS; |
| v. | ) ) | AND  ORDER THEREON |
| WILLIAM DAMERON, | ) ) | |
| Defendant. | ) ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: February , 2013                        NATIONAL PARK SERVICE

                                                     Susan St. Vincent
                                                     Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   February 20, 2013                        /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE